UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**ORDER DISMISSING SETTLED CASES**<br><br>Dkt. No. 4465-1 |

1  The following actions are dismissed, pursuant to CMO Nos. 16 and 18, and with good cause
2  shown based on counsels' representations that these actions have been settled.  Therefore, the Court
3  hereby DISMISSES the actions identified below with prejudice:

4  19-cv-06933 S.R. v. Juul Labs, Inc., et al.

5  19-cv-08325 Hutchison v. Juul Labs, Inc., et al.

6  20-cv-03273 B.L. v. Juul Labs, Inc., et al.

7  21-cv-01417 Hedglin v. Juul Labs, Inc., et al.

8  21-cv-02980 D.W. v. Juul Labs, Inc., et al.

9  21-cv-05068 K.A. v. Juul Labs, Inc., et al.

10  21-cv-05069 K.A. v. Juul Labs, Inc., et al.

11  21-cv-09149 E.T., et al. v. Juul Labs, Inc., et al.

12  21-cv-09559 L.A., et al. v Juul Labs, Inc., et al.

13  22-cv-07360 Prezioso v. Juul Labs, Inc., et al.

14  22-cv-07950 Dolly v. Juul Labs, Inc., et al.

15  22-cv-08361 Adetosoye v. Juul Labs, Inc., et al.

16  22-cv-08366 B. v. Juul Labs, Inc., et al.

17  22-cv-08554 Thomas v. Juul Labs, Inc., et al.

**IT IS SO ORDERED**.

Dated: December 17, 2025

Judge William H. Orrick

1